# United States Court of Appeals
## For the First Circuit

---

No. 00-2436

UNITED STATES OF AMERICA,

Appellee,

v.

LAWRENCE B. HILTZ,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court, issued on July 24, 2001, should be amended as follows:

On page 6, line 5, substitute ". . . a downward departure. Based upon its review of the submitted affidavits and its familiarity with the parties and the case . . ."